**GENERAL INJECTABLES & VACCINES, INC., Appellant,**

v.

**Robert M. GATES, Secretary of Defense, Appellee.**

No. 2007–1119.

United States Court of Appeals, Federal Circuit.

Feb. 5, 2007.

### ORDER

Order Vacated, See 2007 WL 571077.

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.